No. A–545. ESTATE OF WHITLOCK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE ET AL. Application for stay of execution and enforcement of judgment of the United States Court of Appeals for the Tenth Circuit, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. D–66. IN RE DISBARMENT OF SEFFERN. Disbarment entered. [For earlier order, see *ante*, p. 914.]

No. D–76. IN RE DISBARMENT OF THOMPSON. Disbarment entered. [For earlier order, see *ante*, p. 937.]

No. D–80. IN RE DISBARMENT OF KATES. Disbarment entered. [For earlier order, see *ante*, p. 953.]

No. D–97. IN RE DISBARMENT OF DEUTSCH. It is ordered that Robert I. Deutsch, of Boston, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 75–1126. TRANS WORLD AIRLINES, INC. *v.* HARDISON ET AL.; and
No. 75–1385. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* HARDISON ET AL. C. A. 8th Cir. [Certiorari granted, *ante*, p. 958.] Motions of Equal Employment Advisory Council and Chrysler Corp. for leave to file briefs as *amici curiae* granted.